IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNARD JEMISON, #179080, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:12-cv-0727-TMH |
| ) | WO |
| BOBBY BARRETT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #4) to the Recommendation of the Magistrate Judge filed on September 5, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #3) filed on August 27, 2012 is adopted;

3. This case is DISMISSED without prejudice for plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE this the 14th day of September, 2012.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE